UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DEBRA L. HAMMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:18-CV-54-HBG |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Motion for Summary Judgment [**Doc. 14**] is **DENIED**, and the Commissioner's Motion for Summary Judgment [**Doc. 17**] is **GRANTED**. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

IT IS SO ORDERED.

ENTER:

_____
United States Magistrate Judge